# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**ALAN JAY BRAVERMAN** and
**LAW FIRM OF STOK KON + BRAVERMAN,**
Appellants,

v.

**CHRISTIAN MANUEL VARILLAS** and **SANDRA MILENA MONSALVE,**
Appellees.

No. 4D2025-0076

[February 19, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Elaine A. Carbuccia, Judge; L.T. Case No. FMCE18-013864.

Yosef Kudan and Alan Jay Braverman of Stok Kon + Braverman, Fort Lauderdale, for appellants.

No appearance for appellees.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., GROSS and GERBER, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***